

# Fourth Court of Appeals
## San Antonio, Texas

July 24, 2019

No. 04-19-00460-CR

**IN RE** Franklin Robert **ELKINS**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:    Sandee Bryan Marion, Chief Justice
            Irene Rios, Justice
            Beth Watkins, Justice

On July 17, 2019, this court issued an opinion denying relator's petition for writ of mandamus. On July 23, 2019, relator filed a motion for rehearing. After considering the arguments raised by relator, the motion is hereby DENIED.

It is so **ORDERED** on July 24, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises from a parole panel decision by the State of Texas Board of Pardons and Paroles.